United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **FABRICIO RODRIGUEZ CERVANTES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00527** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner's Unopposed Motion to Voluntarily Dismiss his Habeas Petition, (Dkt. 11). The Federal Rules of Civil Procedure may apply in habeas corpus proceedings. Rules Governing Section 2254 Cases 1(b), 12 (applying Section 2254 Rules to other habeas corpus petitions and then applying the FRCP to these rules). Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.". The decision of whether to grant dismissal under this provision lies within the sound discretion of the trial court. *See Davis v. Huskipower Outdoor Equip. Corp.*, 936 F.2d 193, 199 (5th Cir. 1991). Unless the non-moving party "will suffer some plain legal prejudice other than the mere prospect of a second lawsuit[,]" a district court should exercise its discretion to grant a motion for voluntary dismissal. *Hyde v. Hoffmann-La Roche, Inc.*, 511 F.3d 506, 509 (5th Cir. 2007). Additionally, "[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2). Here, Petitioner received a decision on his pending appeal to the Board of Immigration Appeals in his underlying immigration case, and requests that the Court grant his Motion for Voluntary Dismissal because

of changed circumstances since the time the petition was filed, and Respondents are unopposed to the request. (Dkt. 11.)

Therefore, Petitioner's Motion to Voluntarily Dismiss, (Dkt. 11) is GRANTED. Petitioner's claims against Respondents are DISMISSED WITHOUT PREJUDICE. Accordingly, Respondents Motion for Summary Judgment, (Dkt. 9), is DENIED as MOOT.

IT IS SO ORDERED.

SIGNED this April 7, 2026.

Diana Saldaña
United States District Judge